UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STULZ AIR TECHNOLOGY SYSTEMS, INC., | Case No. 18-cv-03694-ER |
| Plaintiff, | **NOTICE OF APPEARANCE** |
| -against- | |
| GEORGE J. FIGLIOLIA, ET AL, | |
| Defendants. | |

       PLEASE TAKE NOTICE that James I. Doty hereby appears on behalf of Defendants Fiduciary Trust International of Delaware as Trustee of Figliolia Family in the above-titled action and requests that copies of all notices, pleadings and other papers in this matter be served on the undersigned.

DATED:    New York, New York
               June 1, 2018

                                              Respectfully submitted,

                                              SATTERLEE STEPHENS LLP

                                              _____
                                              James I. Doty

                                              230 Park Avenue, Suite 1130
                                              New York, NY 10169
                                              (212) 818-9200
                                              (212) 818-9606 (fax)

                                              *Attorneys for Defendants Fiduciary Trust*
                                              *International of Delaware as Trustee of*
                                              *Figliolia Family*