| | |
|---|---|
| THE STATE OF NEW YORK | Index No.: 18-CV-03694 |
| UNITED STATES DISTRICT COURT  SOUTHERN DISTRICT OF NEW YORK | Filed On: |

**STULZ AIR TECHNOLOGY SYSTEMS INC.**

-against-

**Affidavit of Service**
**"AFFIX and MAIL"**

**GEORGE J. FIGLIOLIA et al**

---

STATE OF NEW YORK, COUNTY OF NASSAU: Patrick Buttler, being duly sworn, deposes and says that deponent is not party to this action, is over 18 years of age and resides in the State of New York.

That on 5/23/2018 at 9:50 AM, your deponent served the SUMMONS AND COMPLAINT upon STEVEN FIGLIOLIA by affixing a true copy bearing Index # 18-CV-03694 to the door of the address at 140 OLD COUNTRY ROAD ,APT. 218, MINEOLA, NY  11501, that being the intended recipient's dwelling place or usual place of abode since with due diligence, the intended recipient could not be found nor a person of suitable age and discretion who would receive same.

Your deponent attempted to make personal delivery of the aforementioned documents on 5/15/2018 at 2:39 PM, 5/18/2018 at 7:24 PM and 5/22/2018 at 7:59 AM. No answer on all attempts - documents were affixed to the front gray door to Apt. 218.  (Defendant's name is on directory)

Additional Information: Apartment with gray door to Apt. 218 - tan colored hallways walls with light brown carpeting.

That on 5/25/2018, your deponent mailed another true copy of same by First Class Mail properly enclosed and sealed in a postpaid wrapper addressed to the recipient at: 140 OLD COUNTRY ROAD ,APT. 218, MINEOLA, NY  11501 in an envelope bearing the legend "Personal and Confidential".  Said envelope was deposited in an official depository under exclusive care and custody of the U.S. Postal Service.

Your deponent searched the records of the Department of Defense website and found no records indicating the defendant is on active duty in any of the Armed Forces of the United States of America.

Sworn to before me on 5/25/2018:

**JOE SEIDE**
**Notary Public, State of New York**
**No. 01SE6330370**
**Qualified in NASSAU County**
**Commission Expires 09/14/2019**

Patrick Buttler

Bernard D.Orazio, P.C.
100 Lafayette Street, Suite 601
New York,NY 10013
Phone: (212) 608-5300
File No. STULTZ AIR

RETURN TO: Nationwide Court Services, Inc
20 VESEY ST REAR LOBBY
NEW YORK, NY 10007
Ph: 212-349-3776
(NCS631601)SP 832153

Department of Defense Manpower Data Center

Results as of : Jun-04-2018 12:07:22 PM

SCRA 4.5



Status Report
Pursuant to Servicemembers Civil Relief Act

| | |
|---|---|
| SSN: | XXX-XX-0000 |
| Birth Date: | |
| Last Name: | FIGLIOLIA |
| First Name: | STEVEN |
| Middle Name: | |
| Status As Of: | Jun-04-2018 |
| Certificate ID: | TQ5LNFVVYTNRNZF |

| On Active Duty On Active Duty Status Date ||||
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects the individuals' active duty status based on the Active Duty Status Date ||||

| Left Active Duty Within 367 Days of Active Duty Status Date ||||
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects where the individual left active duty status within 367 days preceding the Active Duty Status Date ||||

| The Member or His/Her Unit Was Notified of a Future Call-Up to Active Duty on Active Duty Status Date ||||
|---|---|---|---|
| Order Notification Start Date | Order Notification End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects whether the individual or his/her unit has received early notification to report for active duty ||||

Upon searching the data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the status of the individual on the active duty status date as to all branches of the Uniformed Services (Army, Navy, Marine Corps, Air Force, NOAA, Public Health, and Coast Guard). This status includes information on a Servicemember or his/her unit receiving notification of future orders to report for Active Duty.

*Michael V. Sorrento*

Michael V. Sorrento, Director
Department of Defense - Manpower Data Center
400 Gigling Rd.
Seaside, CA 93955