THE STATE OF NEW YORK
UNITED STATES DISTRICT COURT  SOUTHERN DISTRICT OF NEW YORK

Index No.: 18-CV-03694
Filed On:

**AFFIDAVIT OF SERVICE**

STULZ AIR TECHNOLOGY SYSTEMS INC.

-against-

GEORGE J. FIGLIOLIA et al

---

STATE OF _DE_ , COUNTY OF : _NEW CASTLE_ .: (Process Server): _Daniel Newcomb_ ,
being duly sworn, deposes and says: I am over the age of 18 years, am not party to this action, and reside in the State of _Delaware_ .
That on _May 16, 2018_ , at _3:08 pm_ am/pm at 1220 NORTH MARKET STREET, WILMINGTON, DE 19801 I served the
SUMMONS AND COMPLAINT bearing Index # 18-CV-03694 and filed date upon FIDUCIARY TRUST INTERNATIONAL OF
DELAWARE, AS TRUSTEE OF FIGLIOLIA FAMILY DYNASTY TRUST,

[ ] **INDIVIDUAL**
by personally delivering a true copy thereof to said recipient, known by deponent to be said person therein.

[✓] **AGENCY / BUSINESS ENTITY**
by delivering thereat _1_ true copy(ies) of each to (name)_Laura Brooks_ , (capacity)
_Managing Agent authorized to accept_ , known by deponent to be an authorized agent of the named defendant therein.
Designated under rule _____ and tendering the required fee (if applicable).

[ ] **SUITABLE AGE PERSON**
by delivering a true copy of each to a person of suitable age and discretion, to wit: (name)_____
(relationship)_____who verified that the intended recipient actually lives/works at this location.

[ ] **AFFIXING TO DOOR**
by affixing a true copy of each to the door of said premises, which is recipients usual place of abode or employment. Deponent was
unable, with due diligence to find recipient or a person of suitable age and discretion, having called thereat on these dates and times:
1) _____, at _____ am/pm 2) _____, at _____ am/pm 3) _____, at _____ am/pm
Deponent verified that the Defendant lived/worked at said premises with _____.

[ ] **MAILING COPY**
Deponent enclosed a copy of same in a postpaid sealed wrapper marked "personal and confidential" and properly addressed to
recipient at the above address and mailed by first class mail [ ( ) and certified mail # _____ ] by depositing
in an official depository under exclusive care and custody of the US Postal Service in the State of _____ on (date) _____.

[✓] **DESCRIPTION**
Sex: _F_ ; Color: _White_ ; Hair: _Blonde_ ; Approx. Age: _40_ ; Approx. Height: _5'7"_ ; Approx. Weight: _200 lb_ ;
Other: _____

[ ] **WITNESS FEE**
Deponent tendered to the recipient $_____ as traveling expenses, witness fee or other statutory fee.

[ ] **MILITARY SERVICE**
Deponent asked the person spoken to whether the recipient is currently on active duty in the US military service or dependent on
someone who is currently on active duty in the US military service and was informed that he/she was not.

[ ] **NON-SERVICE**
Deponent could not effect service for the following reasons: (include attempts and reasons for non-service):

Sworn to before me on : May 18, 2018

_(signature)_

[Notary seal: KIMBERLY J. RYAN, MY COMMISSION EXPIRES APRIL 29, 2020, NOTARY PUBLIC STATE OF DELAWARE]

Daniel Newcomb 5/18/2018
Signature of Process Server

Bernard D.Orazio, P.C.
100 Lafayette Street, Suite 601
New York,NY 10013
Phone: (212) 608-5300
File No. STULTZ AIR

RETURN TO: Nationwide Court Services, Inc
20 VESEY ST REAR LOBBY
NEW YORK, NY 10007
Ph: 212-349-3776
(NCS631601)SP 832154>