UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STULZ AIR TECHNOLOGY SYSTEMS, INC.,

                        Plaintiff,

– against –

GEORGE J. FIGLIOLIA, YITZCHOK STARESHEFSKY,
STEVEN FILGLIOLIA, RONALD FIGLIOLIA,
JOANNE GARCIA, LOUIS FIGLIOLIA, JOHN KRUPA,
GJF CONSTRUCTION CORP.,
BUILDERS GROUP CONSTRUCTION CORP.,
G BUILDERS LLC, BG DEVELOPMENT LLC,
BG CONSTRUCTION LLC, JOHN DOES 1–5, *being other persons or entities who own and/or control the named defendants or are persons or entities through which said defendants conduct business*, *and* G BUILDERS VIII LLC,

                        Defendants.

**ORDER**

18 Civ. 3694 (ER)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED: Jan. 27, 2020

Ramos, D.J.:

      On October 16, 2019, Plaintiffs asked the Court to enter a discovery protective order on its behalf. Doc. 55. For the reasons set forth on the record during the December 6, 2019 discovery conference, the request for a protective order is DENIED. The Clerk of Court is respectfully directed to terminate the motion, Doc. 55.

      It is SO ORDERED.

Dated:    January 27, 2020
             New York, New York

                                                              Edgardo Ramos, U.S.D.J.