LAW OFFICES OF

# ◀ BERNARD D'ORAZIO ▶

& ASSOCIATES, P.C.

## MEMO ENDORSED

By ECF

January 15, 2021

The Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square, Courtroom 619
New York, New York 10007

> The parties' deadline to file summary judgment motions or cross-motions is extended to February 5, 2021.  Any oppositions are due March 8, 2021.  Any replies are due March 22, 2021.
>
> The application is  X  granted
>                    ____ denied
>
> _____
> Edgardo Ramos, U.S.D.J
> Dated:  1/18/2021
> New York, New York

Re:     **Stulz Air Technology Systems v. George J. Figliolia et al.**
        **Case No. 1:18-cv-03694-ER**

Dear Judge Ramos:

Our office represents the plaintiff in the above-referenced matter and together with counsel for the defendants, Michael Gasi, Esq., we respectfully write this joint letter to request a brief, 2-week adjournment of the time by which the parties must file summary judgment motions.  Currently, the filing deadline is January 22, 2021.  The reason for the joint request is that the parties are continuing to work diligently to settle the case, and are making significant progress.

Thank you very much for your time and consideration.

Respectfully yours,

Steven G. Yudin, Esq.

Michael Gasi, Esq.