# LAW OFFICES OF
## BERNARD D'ORAZIO
### & ASSOCIATES, P.C.

**MEMO ENDORSED**

By ECF

February 2, 2021

The Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square, Courtroom 619
New York, New York 10007

> The request is GRANTED. If settlement is not reached, motions for summary judgment must be filed by no later than February 19, 2021. Any oppositions must be filed no later than March 22, 2021. Any replies must be filed by no later than April 5, 2021. SO ORDERED.
>
> Edgardo Ramos, U.S.D.J
> Dated: 2/2/2021
> New York, New York

Re:   **Stulz Air Technology Systems v. George J. Figliolia et al.
      Case No. 1:18-cv-03694-ER**

Dear Judge Ramos:

   Our office represents the plaintiff in the above-referenced matter and together with counsel for the defendants, Michael Gasi, Esq., we write this joint letter, respectfully, to request one final, 2-week adjournment of the time by which the parties must file summary judgment motions. Currently, the filing deadline is February 5, 2021. We ask, respectfully, for a new deadline of February 19, 2021.

   The parties have been working diligently to settle the case and in fact, have agreed on important aspects of a settlement. We should be able to finalize a settlement within the next week or so. If we are unable to complete the settlement by the end of next week (February 12), we will move forward and file our motions by the end of the following week (February 19).

   Thank you very much for your time and consideration.

Respectfully yours,

Steven G. Yudin, Esq.

/s/ Michael Gasi, Esq.